THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
TELEFAX (925) 673-1729
Attorneys for Scott Johnson

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, | Case No.  2:05-CV-1123 LKK-KJM |
|             Plaintiff, | STIPULATION OF DISMISSAL; ORDER |
| v. | |
| NORMA SOLOMON 2000 TRUST, | |
|             Defendant. _____/ | |

The parties hereto stipulate as follows:

The parties have reached a full and final settlement of all issues in this action.  A Settlement Agreement between the parties has been fully executed.

Some parts of the Settlement Agreement are to be performed in the future.  The parties shall comply with their Settlement Agreement, a copy of which is incorporated by reference as if fully set forth.  The parties request the Court to retain jurisdiction for 120 days from the date

hereof in order to enforce the terms of the Settlement Agreement under the authority of *Kokkonen v. Guardian Life Insurance Co. Of America,* 511 U.S. 375, 381-82 (1994).

Although the parties are hereby dismissing this action with prejudice, they agree that the Court will retain jurisdiction over this action and the parties hereto in order to be able to enforce the terms of the Settlement Agreement.

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that this action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(2), and the Court retains jurisdiction to enforce the terms of the Settlement Agreement for 120 days after the date hereof.

Date:   August 1, 2005                                     Date:  August 1, 2005


__S/Melvyn A. Silk_____                            __S/Thomas N. Stewart, III_____
Melvyn A. Silk                                            Thomas N. Stewart, III,
Attorney for Defendants                                   Attorney for Plaintiff
3610 American River Drive, Suite 112
Sacramento, CA 95864
Telephone (916) 485-4102
Telefax    (916) 485-1735


IT IS SO ORDERED:



Date:   August 4, 2005

                                                          /s/Lawrence K. Karlton_____
                                                          LAWRENCE K. KARLTON
                                                          SENIOR JUDGE
                                                          UNITED STATES DISTRICT COURT